No. 52214.—Alfred Friedman Co. v. United States, protests 483667–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 52215.—Louis Wolf & Co., Inc., et al. v. United States, protests 97064–K, etc. (New York). *

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52216.—Arthur H. Lee & Sons, Inc., et al. v. United States, protests 612905–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52217.—Fuchs & Lang Mfg. Co. et al. v. United States, protests 696845–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52218.—A. H. Ide Co., Inc., et al. v. United States, protests 725209–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52219.—Nat Lewis Retail Corp. et al. v. United States, protests 738501- G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.